UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20759-MGC

WINDY LUCIUS,

    Plaintiff,

v.

RENT-A-CENTER EAST, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1.    Plaintiff has reached an agreement with Defendant Rent-a-Center East, Inc. ("Defendant") to resolve the claims against it.

2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Dated: March 30, 2020

                                      Respectfully submitted,

                                      */s/ J. Courtney Cunningham*
                                      J. Courtney Cunningham, Esq.
                                      J. COURTNEY CUNNINGHAM, PLLC
                                      FBN: 628166
                                      8950 SW 74th Court, Suite 2201
                                      Miami, FL 33156
                                      T:  305-351-2014
                                      cc@cunninghampllc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                                            */s/ J. Courtney Cunningham*
                                            J. Courtney Cunningham, Esq.